IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 7:20-cv-587 |
| v. | ) ) ) | |
| FLUOR FEDERAL SOLUTIONS, LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Scheduling Order. Dkt. 48. Having reviewed the proposed modifications, and finding it appropriate to do so, the motion is **GRANTED**. The deadlines shall be amended as follows:

| | |
|---|---|
| **DEADLINE FOR MOTIONS TO JOIN OTHER PARTIES OR AMEND PLEADINGS:** | February 28, 2022 |
| **INITIAL EXPERT DESIGNATIONS AND REPORTS:** | October 7, 2022 |
| **REBUTTAL EXPERT DESIGNATIONS AND REPORTS:** | November 11, 2022 |
| **DEADLINE TO COMPLETE FACT DISCOVERY:** | November 16, 2022 |
| **SUPPLEMENTAL EXPERT REPORTS:** | December 1, 2022 |
| **DEADLINE TO COMPLETE EXPERT DEPOSITIONS:** | December 12, 2022 |
| **DEADLINE TO FILE DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | December 19, 2022 |

**DEADLINE FOR HEARING DISPOSITIVE**

| | |
|---|---|
| **MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | **January 20, 2023** |
| **DEADLINE FOR FILING MOTIONS IN LIMINE:** | **January 27, 2023** |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS:** | **January 31, 2023** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS:** | **January 31, 2023** |
| **DEADLINE FOR COUNTERDESIGNATIONS, OBJECTIONS TO DEPOSITION DESIGNATIONS:** | **February 7, 2023** |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS:** | **February 14, 2023** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE AND MOTIONS OBJECTING TO DEPOSITION TESTIMONY OR TRIAL EXHIBITS:** | **February 20, 2023** |
| **DEADLINE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:** | **February 27, 2023** |

All other deadlines set forth in the Court's Scheduling Order (Dkt. 48) shall remain the same.

Entered: October 4, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge