## Timeline of Discovery Efforts

| | |
|---|---|
| Parties agreed to Mar 2023 trial date | July 2, 2021 |
| Parties held Rule 26 conference | July 23, 2021 |
| Parties Rule 26 report filed (ECF 55) | Aug 13, 2021 |
| BAE & Fluor served Initial Disclosures | Sep 13, 2021 |
| Parties filed Joint Amended Scheduling Order (ECF 57-1) | Sep 24, 2021 |
| Parties filed Joint ESI Protocol (ECF 59) | Oct 4, 2021 |
| BAE & Fluor exchanged Hub e-mail custodians | Oct 11, 2021 |
| Fluor served Interrogatories and Requests for Production of Documents on BAE. | Oct 15, 2021 |
| BAE & Fluor identified Party e-mail custodians | Oct 18, 2021 |
| BAE & Fluor identified noncustodial records location | Oct 19, 2021 |
| Fluor provided BAE with a proposed Protective Order | Oct 19, 2021 |
| Fluor provided BAE with proposed search terms for doc production | Oct 22, 2021 |
| Fluor served notice of intent and subpoena to Lauren | Nov 9, 2021 |
| Fluor contacted BAE requesting BOWAS contact | Nov 9, 2021 |
| Fluor contacted BOWAS requesting contact info | Nov 12, 2021 |
| BAE objects to Fluor Discovery and fails to Answer | Nov 15, 2021 |

**EXHIBIT A**