

BAE Systems, Inc. / Ordnance Systems Inc.
4050 Peppers Ferry Road
PO Box 1 (24143)
Radford, Virginia 24141

November 20, 2018

Fluor Government Group
Attention: Brian Hensel, Sr. Contracts Manager
100 Fluor Daniel Drive
Greenville, South Carolina 29607-2770

Ltr #: BAE-18-FGF-1102-NC-025

Subject: NC Facility: Contract ELP-100815-01 Valtek Shearstream Segmented Ball Valves (SB 2 Way On/Off Valves)

Reference (a) BAE-18-FGF-0920-NC-10, dated September 25, 2018
 (b) Fluor RFI Submission: D-RFI-FL-BS-0167, dated August 29, 2016
 (c) Fluor Letter: 18-BDH-NC-0070, dated October 15, 2018
 (d) ELP-100815-01 – NC Facility Contract

Dear Mr. Hensel,

BAE Systems has received (c) Fluor's letter dated October 15, 2018 and rejects the assertions therein. BAE Systems has consistently specified Valtek Shearstream Segmented Ball Valves (SB 2 Way On/Off Valves) in all documentation provided to Fluor under reference (d) ELP-100815-01

No deviation waiver for Valtek Shearstream Segmented Ball Valves has been granted by BAE Systems.

Please provide the date of delivery for the Valtek valves and ensure the lead time does not interfere with the current schedule.

If you have any further questions or comments, please contact me at 540.639.7189 or by e-mail at felicia.farr@baeystems.com.

Please confirm receipt of this correspondence via return email.

Sincerely,

Users, Farr, Felicia
Digitally signed by Users, Farr, Felicia
DN: dc=com, dc=radford-aap, dc=ad, cn=Users, cn=Farr, Felicia, email=Felicia.Farr@baesystems.com
Date: 2018.11.20 09:53:19 -05'00'

Felicia Farr
Subcontracts Administrator, Sr
BAE Systems/Ordnance Systems Inc.

CC: Program Office
 Procurement File
 Mr. Mike Sipple, Fluor



DEFENDANT'S EXHIBIT A