# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**BAE Ordinance Systems, Inc.**

vs.

**Fluor Federal Solutions, LLC**

Action No:   7:20cv587
Date:   12/15/2021
Judge:   Robert S. Ballou
Court Reporter:   K. Brown/FTR
Deputy Clerk:   K. Brown

Plaintiff Attorney(s)

Jeffrey Golimowski,
Joshua Treece,
Karen Stemland,
Todd Conley,
David Barnhill

Defendant Attorney(s)

Edward Parrott,
Scott Fitzsimmons,
Gregory Wagner,
Kathleen Barnes,
Sarah Bloom

PROCEEDINGS:
4:01pm
Parties present by video conference and represented by counsel.
Oral argument in re: [63] MOTION to Stay and to Bifurcate and [65] MOTION to Compel Responses to Discovery Requests, MOTION for Attorney Fees and Expenses
Order forthcoming.
Adjourned.
5:24

Time in Court:   1 hr 23min