# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

BAE Ordnance Systems, Inc.

v.

Fluor Federal Solutions, LLC

CASE NO.: 7:20CV587

DATE: 12/15/2021

TYPE OF HEARING: Mtn

**PARTIES:**

1. Robert S. Ballou
2. Josh Treece - P
3. Karen Stemland - P
4. Todd Conley - P
5. Catherine Ronis - P
6. Scott Fitzsimons - D
7. Kathy Barnes - D
8. Sarah Bloom - D
9.
10.

Recorded by: K. Brown/ZOOMGOV

Time in Court: 1h 23m

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:01 | 1 | 4:48 | 1 | | | | | | |
| | 2 | | 7 | | | | | | |
| | 7 | 5:10 | 1 | | | | | | |
| 4:03 | 1 | | 2 | | | | | | |
| 4:04 | 2 | 5:22 | 1 | | | | | | |
| | 1 | | 2 | | | | | | |
| | 2 | | 1 | | | | | | |
| 4:13 | 1 | | 7 | | | | | | |
| | 2 | 5:23 | 1 | | | | | | |
| 4:29 | 1 | 5:24 | 1 | | | | | | |
| | 7 | | | | | | | | |
| 4:30 | 1 | | | | | | | | |
| 4:31 | 7 | | | | | | | | |
| 4:31 | 1 | | | | | | | | |
| | 7 | | | | | | | | |