# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**BAE Systems Ordnance Systems, Inc.**

vs.

**Fluor Federal Solutions, LLC**

Action No:   7:20CV587

Date:   1/14/2022

Judge:   Michael F. Urbanski, CUSDJ

Court Reporter:   J. Webb

Deputy Clerk:   C. Kemp

Plaintiff Attorneys

Joshua Treece
Justin Simmons

Defendant Attorneys

Scott Fitzsimmons
Kathleen Barnes
Sarah Bloom
Gregory Wagner

PROCEEDINGS:
Hearing held via Zoom.gov on ECF36 MOTION to Strike [29] Answer to Complaint, Counterclaim , ECF30 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Under FRCP 12(b)(6), and ECF38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM.
Court addresses the parties.
Arguments from Counsel.
Comments from Court regarding discovery and trial.
Written Opinion and Order forthcoming.
Adjourned.

Time in Court:   10:01a-12:38p (Total time 2h 27 min)