UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., <br><br> *Plaintiff/Counterclaim-Defendant,* <br><br> v. <br><br> FLUOR FEDERAL SOLUTIONS, LLC, <br><br> *Defendant/Counterclaim-Plaintiff.* | Case No. 7:20-cv-587 |

### Notice of Filing Demonstrative Aids

In accordance with the Court's request, BAE Systems Ordnance Systems, Inc., hereby files the following PowerPoint slides presented by counsel in aid of oral argument at the hearing held on January 14, 2022, on the pending motions to dismiss under Rule 12(b)(6) and motion to strike under Rule 12(f):

1. BAE's Slides in Support of Its Motion to Strike, attached as Exhibit 1;

2. BAE's Slides in Support of Its Motion to Dismiss, attached as Exhibit 2; and

3. BAE's Slides in Opposition to Fluor Federal Solutions, LLC's Motion to Dismiss, attached as Exhibit 3.

Dated: January 14, 2022

Respectfully submitted,

BAE SYSTEMS ORDNANCE SYSTEMS, INC.

By: /s/Justin E. Simmons
     Of Counsel

Todd M. Conley (VSB No. 89839)
todd.conley@wbd-us.com
Jeffrey J. Golimowski (VSB No. 93525)
jeff.golimowski@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, VA 22102
Telephone: (703) 394-2245

Joshua R. Treece (VSB No. 79149)
jtreece@woodsrogers.com
Justin E. Simmons (VSB No. 77319)
jsimmons@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711

Karen M. Stemland (VSB No. 47167)
WOODS ROGERS PLC
123 East Main Street, 5th Floor
Charlottesville, Virginia 22902
Telephone: (434) 220-6826
Facsimile: 434-566-0473
kstemland@woodsrogers.com