IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| **BAE SYSTEMS ORDNANCE SYSTEMS, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FLUOR FEDERAL SOLUTIONS, LLC** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 7:20-CV-00587-MFU-RSB** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Under Federal Rule of Civil Procedure 26(c), Fluor Federal Solutions, LLC ("Fluor") and BAE Systems Ordnance Systems, Inc. ("BAE") (collectively, the "Parties"), by counsel, respectfully move this Honorable Court for entry of the Stipulated Protective, Confidentiality, and Rule 502 Clawback Order (the "Protective Order"), in the above-captioned action (the "Litigation"). The Protective Order is attached hereto as Exhibit A. As set forth below, good cause exists to enter the Protective Order.

1. The Litigation may require the Parties to seek, produce, disclose, or exhibit certain categories of documents and information that are protected by the attorney-client privilege, the work-product doctrine, or other evidentiary privileges, or which relate to sensitive competitive or proprietary information, sensitive and confidential financial information or personnel information, and highly sensitive documents within the meaning of this Court's Standing Order No. 2021-01 (including export-controlled and operational security information) (collectively, "RESTRICTED Information").

2. Entering the Protective Order will protect the RESTRICTED Information from being disclosed, produced, or disseminated outside of this Litigation, thereby protecting the Parties from harm and/or prejudice caused by the public disclosure of confidential or sensitive information.

3. The Protective Order will also expedite the flow of documents and information between Parties and their counsel by ensuring that RESTRICTED Information is protected appropriately and will not be disclosed.

4. The Parties negotiated the Protective Order at length and both Parties have agreed to and approve of the content of the Protective Order.

5. Accordingly, for the foregoing reasons, the Parties respectfully request that this Honorable Court enter the Protective Order, attached hereto as Exhibit A.

Dated: January 18, 2022.

Respectfully submitted,

   /s/ Kathleen O. Barnes
Scott P. Fitzsimmons, Esq. (VSB 68147)
Kathleen O. Barnes, Esq. (VSB 30451)
Edward J. Parrott, Esq. (VSB 29499)
Sarah K. Bloom (VSB 94406)
Gregory M. Wagner (VSB 96017)
WATT, TIEDER, HOFFAR
& FITZGERALD, LLP
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
sfitzsimmons@watttieder.com
kbarnes@watttieder.com
eparrott@watttieder.com

*Attorneys for Fluor Federal Solutions, LLC*

      /s/Justin E. Simmons
Todd M. Conley
Jeffrey J. Golimowski
WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, Virginia 22102
Telephone: (703) 394-2275
Email: todd.conley@wbd-us.com
Email: jeff.golimowski@wbd-us.com

D. Stan Barnhill (VSB #22978)
Joshua R. Treece (VSB #79149)
Justin E. Simmons (VSB # 77319)
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
Email: barnhill@woodsrogers.com
Email: jtreece@woodsrogers.com
Email: jsimmons@woodsrogers.com

Karen M. Stemland (VSB #47167)
WOODS ROGERS PLC
123 East Main Street, 5th Floor
Charlottesville, Virginia 22902
Telephone: (434) 220-6826
Facsimile: (434) 566-0473
Email: kstemland@woodsrogers.com

*Attorneys for BAE Systems Ordnance Systems, Inc.*