**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **BAE SYSTEMS ORDNANCE SYSTEMS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 7:20-cv-587** |
| **v.** | ) | |
| | ) | |
| **FLUOR FEDERAL SOLUTIONS, LLC,** | ) | |
| | ) | **By:   Michael F. Urbanski** |
| **Defendant.** | ) | **Chief United States District Judge** |

### ORDER

In response to the oral order requesting answers to two emailed questions, ECF No. 90, the parties submitted responses, ECF Nos. 91 and 92. The parties' responses contained more information than necessary to respond to the court's limited inquiries. In addition, the parties submitted certain information which they designated as being Highly Sensitive Documents under Standing Order 2021-01.

In accordance with Standing Order 2021-01, the Clerk is **DIRECTED** to confer with the court's Information Technology staff to ensure that any electronic files containing these Highly Sensitive Documents are permanently deleted from any court computer system.

The Clerk is **DIRECTED** to maintain the paper copy of the Highly Sensitive Documents in the court's safe.

It is so **ORDERED**.

Entered:   March 30, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.03.30 14:22:53 -04'00'

Michael F. Urbanski
Chief United States District Judge