IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLUOR FEDERAL SOLUTIONS, LLC, ) <br> ) <br> ) <br> Defendant. ) | Case No. 7:20-cv-587 <br><br> By:   Michael F. Urbanski <br> Chief United States District Judge |

## ORDER

This matter is before the court on defendant Fluor Federal Solutions LLC's ("Fluor") motion to dismiss plaintiff BAE Systems Ordnance Systems Inc.'s ("BAE") complaint, ECF No. 30, BAE's motion to strike defendant Fluor's answer to the complaint and counterclaim, ECF No. 36, and BAE's motion to dismiss Fluor's counterclaim, ECF No. 38.

For the reasons stated in the accompanying memorandum opinion, the court **DENIES** Fluor's motion to dismiss, ECF No. 30, **GRANTS** BAE's motion to strike, ECF No. 36, and **GRANTS in PART** and **DENIES IN PART** BAE's motion to dismiss, ECF No. 38. Fluor may proceed with Count One of its counterclaim, alleging breach of the Subcontract. Counts Two and Three of Fluor's counterclaim, alleging quantum meruit and unjust enrichment, are dismissed. BAE's motion to bifurcate, ECF No. 63, is **DENIED**.

It is so **ORDERED**.

Entered: March 30, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.03.30 14:21:48
-04'00'

Michael F. Urbanski
Chief United States District Judge