IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| **BAE SYSTEMS ORDNANCE SYSTEMS, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**FLUOR FEDERAL SOLUTIONS, LLC**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)  Civil Action No. 7:20-CV-00587-MFU-RSB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FLUOR FEDERAL SOLUTIONS, LLC'S
## MOTION FOR RECONSIDERATION AND FOR CLARIFICATION

Fluor Federal Solutions, LLC ("Fluor"), hereby respectfully moves this Honorable Court to reconsider its Memorandum Opinion of March 30, 2022 (ECF 94), and its accompanying Order (ECF 95), and deny BAE Systems Ordnance Systems, Inc.'s ("BAE") Motion to Strike. As set forth more fully in Fluor's Memorandum of Law in support of this Motion, reconsideration is warranted for several reasons.

First, case law dictates that a court reviewing a Rule 12(f) motion to strike must view the challenged pleading in the light most favorable to the non-moving party. Tippman Eng'g, LLC v. Innovative Refrigeration Sys., Inc., No. 5:19-CV-00087, 2020 WL 1644985, at *1 (W.D. Va. Apr. 2, 2020). In reviewing BAE's Motion to Strike, however, this Court adopted as fact - and relied upon - allegations in BAE's pleadings, as well as documents submitted by BAE, even when the same allegations had been denied by Fluor.

The Court also incorrectly found that no provision within the Parties' Subcontract other than the LOD provision controls limitations on the recovery of costs incurred executing BAE-caused changes. This finding is unsupported by the plain terms of the Subcontract, including Section 3(j) of

the Subcontract's "Contract Direction/Changes" clause, which specifically addresses price "limitations" on changes to Fluor's scope of work.

Finally, the Court misinterpreted Va. Code Ann § 11-4.1:1 ("the Statute") by substituting the statutory language regarding work under a "contract" with work performed on a "project." For these reasons, and those set forth more fully in Fluor's Memorandum of Law in support of this Motion, Fluor requests that this Honorable Court reconsider its Memorandum Opinion and Order, and deny BAE's Motion to Strike.

Should this Court choose not to reconsider, Fluor respectfully requests that the Court clarify its Opinion. In its Opinion, the Court stated that it had "narrow[ed] the remaining issues" in this litigation by granting BAE's Motion to Strike, but the Court did not strike any specific allegations or claim in Fluor's Counterclaim. See Mem. Op., ECF 94, at 42 n.8. Consequently, it is unclear whether the Court's ruling functions to: (1) allow Fluor to conduct discovery and present evidence at trial in support of all its claims (i.e., PCNs) and corresponding damages, but then limits a verdict in Fluor's favor to $30 Million; or (2) bar Fluor entirely from pursuing discovery and presenting evidence of damages in excess of $30 Million. Given the importance of this question to guide the ongoing discovery effort and the trial in this case, Fluor respectfully requests that the Court clarify its opinion.

Dated: April 15, 2022

                                              Respectfully submitted,

                                              /s/ Scott P. Fitzsimmons
                                              Scott P. Fitzsimmons (VSB 68147)
                                              Kathleen O. Barnes (VSB 30451)
                                              Edward J. Parrott (VSB 29499)
                                              Sarah K. Bloom (VSB 94406)
                                              Gregory M. Wagner (VSB 96017)
                                              WATT, TIEDER, HOFFAR
                                              & FITZGERALD, LLP
                                              1765 Greensboro Station Place, Suite 1000
                                              McLean, Virginia 22102
                                              Tel: (703) 749-1000

Fax: (703) 893-8029
sfitzsimmons@watttieder.com
kbarnes@watttieder.com
eparrott@watttieder.com
sbloom@watttieder.com
gwagner@watttieder.com

*Attorneys for Fluor Federal Solutions, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2022, a copy of the foregoing was delivered via the CM/ECF system to the following:

>Todd M. Conley (VSB 89839)
>Jeffrey J. Golimowski (VSB 93525)
>WOMBLE BOND DICKINSON (US) LLP
>8350 Broad Street, Suite 1500
>Tysons, Virginia 22102
>Tel: (703) 394-2275
>Fax: (703) 790-2623
>todd.conley@wbd-us.com
>jeff.golimowski@wbd-us.com
>
>D. Stan Barnhill (VSB 22978)
>Joshua R. Treece (VSB 79149)
>Justin E. Simmons (VSB 77319)
>WOODS ROGERS PLC
>10 South Jefferson Street, Suite 1400
>Roanoke, Virginia 24011
>Tel: (540) 983-7600
>Fax: (540) 983-7711
>barnhill@woodsrogers.com
>jtreece@woodsrogers.com
>jsimmons@woodsrogers.com
>
>Karen M. Stemland (VSB 47167)
>WOODS ROGERS PLC
>123 East Main Street, 5th Floor
>Charlottesville, Virginia 22902
>Tel: (434) 220-6826
>Fax: (434) 566-0473
>kstemland@woodsrogers.com
>
>*Attorneys for BAE Systems Ordnance Systems, Inc.*

Respectfully submitted,

/s/ Scott P. Fitzsimmons
Scott P. Fitzsimmons (VSB 68147)
WATT, TIEDER, HOFFAR
& FITZGERALD, LLP
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102

4

Tel: (703) 749-1000
Fax: (703) 893-8029
sfitzsimmons@watttieder.com

*Attorneys for Fluor Federal Solutions, LLC*