# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Roanoke Division

| | |
|---|---|
| **BAE SYSTEMS ORDNANCE SYSTEMS, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FLUOR FEDERAL SOLUTIONS, LLC** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 7:20-CV-00587-MFU-RSB |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of Fluor Federal Solutions, LLC's Motion for Reconsideration of the Court's Memorandum Opinion (ECF 94) and accompanying Order (ECF 95), as well as all related filings and accompanying pleadings, exhibits, and all other parts of the record,

IT IS HEREBY ORDERED that Fluor's Motion is **GRANTED** and the Court's Memorandum Opinion and Order are reversed. BAE's Motion to Strike (ECF 36) is **DENIED**.

_____
Michael F. Urbanski
Chief United States District Judge