UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC.,<br><br>*Plaintiff, Counterclaim Defendant,*<br><br>v.<br><br>FLUOR FEDERAL SOLUTIONS, LLC,<br><br>*Defendant, Counterclaim Plaintiff.* | Case No. 7:20-cv-587 |

**NOTICE OF APPEARANCE**

Jon Hollis of Woods Rogers PLC hereby notes his appearance as counsel for BAE Systems Ordnance Systems, Inc.

Dated: May 5, 2022

Respectfully submitted,

  /s/Jon Hollis
Jon Hollis (VSB No. 84908)
WOODS ROGERS PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 343-5020
Facsimile: (804) 343-5021
jhollis@woodsrogers.com

*Counsel for Defendant BAE Systems
  Ordnance Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I filed the above document using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

                                                                       /s/Jon Hollis