# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., | |
| *Plaintiff, Counterclaim Defendant,* | |
| v. | Case No. 7:20-cv-587 |
| FLUOR FEDERAL SOLUTIONS, LLC, | |
| *Defendant, Counterclaim Plaintiff.* | |

## BAE SYSTEMS ORDNANCE SYSTEMS, INC.'S MOTION TO CONTINUE AND/OR BIFURCATE AND FOR EXPEDITED BRIEFING AND HEARING

BAE Systems Ordnance Systems, Inc. ("BAE"), by counsel, respectfully files this Motion to Continue and/or Bifurcate, and for expedited briefing and hearing.  For the reasons stated in BAE' s accompanying Memorandum in Support, which is incorporated herein by reference, BAE respectfully requests that this Court:

(1) grant a four-month continuance of the bench trial from March 6-24, 2023 to July 2023 or the earliest three-week period thereafter available for the Court, and adjust all Scheduling Order deadlines accordingly; or

(2) alternatively, in lieu of a continuance, (a) bifurcate the threshold contractual interpretation and legal liability issues related to the Lauren Design for a one-week bench trial during the period currently reserved in March 2023, (b) continue expert disclosure deadlines related thereto by one month, and (c) defer resolution of all other, broad-sweeping and factually intensive disputes, including issues relating to project performance, delays, and PCN disputes (many of which would be addressed or disposed of by simply resolving who has contractual design responsibility or legal liability related

to the Lauren Design), and damages, for a two-week bench trial on a date after July 2023 that is available for the Court and the parties; and

(3) grant BAE all other relief the Court deems just and proper.

Because expert disclosure deadlines and the close of fact discovery are fast-approaching, BAE respectfully requests expedited briefing and an expedited hearing on this Motion.  Expert disclosure deadlines are set for October 7, 2022, less than a month away.  Experts, like counsel, need the opportunity to digest information in the millions of documents recently produced, but the current schedule cannot reasonably and adequately permit such an analysis.

Counsel for BAE certifies that it has conferred with counsel for Fluor, in good faith, to obtain the relief sought herein, and the parties have been unable to agree on the path forward.

Dated: September 16, 2022

Respectfully submitted,

BAE SYSTEMS ORDNANCE SYSTEMS, INC.

By:   /s/ Joshua R. Treece
            Of Counsel

Joshua R. Treece (VSB #79149)
Justin E. Simmons (VSB # 77319)
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone:  (540) 983-7600
Facsimile: (540) 983-7711
barnhill@woodsrogers.com
jtreece@woodsrogers.com
jsimmons@woodsrogers.com

Karen M. Stemland (VSB #47167)
WOODS ROGERS PLC
123 East Main Street, 5th Floor
Charlottesville, Virginia 22902
Telephone: (434) 220-6826
Facsimile: 434-566-0473
kstemland@woodsrogers.com

Todd M. Conley (VSB #89839)
Jeffrey J. Golimowski (VSB #93525)

WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, VA 22102
Telephone:  (703) 394-2245
todd.conley@wbd-us.com
jeff.golimowski@wbd-us.com

*Counsel for BAE Systems Ordnance Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, I filed the foregoing using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

                                          __/s/ Joshua R. Treece_____