# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Cherylyn Henry [chenry@zapatainc.com] |
| **Sent:** | 12/7/2015 4:46:18 PM |
| **To:** | Michael Connors [Michael.G.Connors@fluor.com] |
| **CC:** | Bryan Metoyer/GV/FD/FluorCorp [Bryan.Metoyer@fluor.com]; Tom Koning [tkoning@zapatainc.com]; Jay Brown [jbrown@zapatainc.com] |
| **Subject:** | NC Buildings - missing or incomplete information |
| **Attachments:** | Design documents - missing or incomplete information by discipline.docx |

Hello Michael,

During our call last Thursday you asked us to highlight a few examples of where the design documents are missing information or where the information is incomplete. Each discipline has compiled a cursory list. Please feel free to use what you feel is necessary, and let me know if you have any questions.

Thank you,

--
Cherylyn Henry, PE
Structural Engineer
Zapata Incorporated
6302 Fairview Road, Suite 600
Charlotte, NC 28210
704-358-8240 (Office)
Redacted  (Mobile)

ZAPATA NC 0069875

Process and Admin buildings – missing or incomplete information.

| ID # | Discipline | Missing/incomplete |
|------|-----------|--------------------|
| G1 | General | The TBP calls for a 3D model. All drawings must be recreated in Revit instead of converted to AutoCAD from Microstation. |
| G2 | General | All calculations, designs, and details must be confirmed in order to seal the documents. |
| G3 | General | The Administration building is on hold and could change significantly from the concept design. |
| S1 | Structural | Current monorail configurations are on hold (DWG 6045-S10-029). From RFI 006: "One significant issue is that the monorail (no. 11) for the agitator blender tanks BD-TK-1721 and BDWP-TK-2721 does not show up in the model or any of Lauren's drawings.  As it stands, there may be some structural revisions to accommodate.  This requires coordination with Fluor, Zapata, and Woods Mustang". |
| S2 | Structural | Various equipment supports are on hold (DWG 6045-S20-001, 6045-S30-001, etc.). The supports must confirmed and then designed. |
| S3 | Structural | Current bracing members are HSS. The TBP does not permit the use of HSS because of NC accumulation. These bracing members must be replaced and redesigned with other member shape. In turn, all bracing connection details must also be redesigned. |
| S4 | Structural | Detailed connections have not been designed (except for column base plates). Connection design typically begins after the 60-65% submittal for review at the 90% submittal. |
| S5 | Structural | Numerous sheets contain details that contain incorrect references to other sheets. Coordination is required. |
| S6 | Structural | Detailed connections for all pipe bridges do not exist (except for column base plates). These details require design and drafting. |
| M1 | Mechanical (All Process bldgs.) | Plumbing concept designs do not exist to support the eyewashes and ancillary restrooms located within these facilities.  The additional drawing development would need to include plumbing floorplans (the design), detail sheets, equipment schedules, installation instructions to the contractor (in the form of keynotes, etc.), all calculations and writing of specifications for the plumbing systems. |
| M2 | Mechanical (All Process bldgs) | Mechanical concept designs for these facilities include main equipment footprint locations and overall airflow rates.  The additional drawing development would need us to calculate heating and air change rate requirements ourselves, design a piping system that serves as a source for heating (pipe natural gas, steam or heating hot water, etc.) to equipment that includes a heating coil.  We will need to design any additional makeup air required for summer ventilation that meets filtration requirements.  Drawings will need to be created to include equipment locations, piping design, equipment schedules, control diagrams/sequences, installation details and installation instructions to the contractor (in the form of keynotes, etc.).  Mechanical specifications will need to be written. |

ZAPATA NC 0069876

Process and Admin buildings – missing or incomplete information.

| ID # | Discipline | Missing/incomplete |
|------|-----------|--------------------|
| M3 | Mechanical (Admin) | Plumbing concept designs do not exist to support the restrooms and other uses located within this facility.  This would also need to include all of the piping/plumbing systems (air, water, lab vacuum, compressed air, etc) that would serve the laboratory spaces.  To complete the design we would need to include plumbing floorplans (the design), detail sheets, calculations, equipment schedules, installation instructions to the contractor (in the form of keynotes, etc.) and writing of specifications for the plumbing systems. |
| M4 | Mechanical (Admin) | Mechanical concept designs for this facility do exist and appear relatively advanced.  We are aware the design for this building is on hold pending some potential changes (including to the building floorplan).  Therefore the changes to the building may make the concept drawings less applicable/useful toward the final design.  For example if the size of the building were to be made larger the chiller will need to be larger to accommodate this.  This will then require all ancillary equipment to be larger such as air handlers, chilled water piping, chilled water pumps, etc.  To complete the design we will need to perform our own calculations for all duct, equipment and pipe sizing/selection, provide installation instructions to the contractor (in the form of keynotes, etc.) on floor plans, include our own equipment schedule sheets, installation detail sheets, and control diagrams/sequences.  Mechanical specifications will need to be written. |
| FP1 | Fire Protection | Fire protection plans and details were not included in the Lauren documents. |
| A1 | Architectural (Nitration) | **Stairs enclosure 102 & 103**<br>Drawings call for horizontal metal panels to achieve 2-hr rating partitions. It is unlikely to achieve this rating with the specified material. The SOW calls for all stair enclosures to be concrete or CMU. Walls will be changed to CMU. |
| A2 | Architectural (Nitration) | **Stair layouts**<br>Stairs do not provide enough number of treads and risers to connect to different levels. This must be corrected. |
| A3 | Architectural (Nitration) | **Elevator**<br>No information is provided about the elevator size, type, capacity, and over-run. No fire rating enclosure specified in drawings. This information must be compiled and calculations, drawings, and details must be completed. |
| A4 | Architectural (Nitration) | **Block coursing**<br>Location of openings do not follow increments of the CMU coursing. These openings must be revised. |
| A5 | Architectural (Nitration) | **Building sections and wall sections**<br>Only one building section and no wall sections were provided in the concept set. |
| A6 | Architectural (Nitration) | **Life safety plans**<br>Life safety plan and code analysis is missing from the concept set. This will be produced as part of the Nitration building architectural plans. |
| A7 | Architectural (Nitration) | **Equipment layout**<br>Architectural drawings at 85% typically show a basic equipment layout for coordination purposes. No equipment is shown in the control room or instrumentation room. |

ZAPATA NC 0069877

Process and Admin buildings – missing or incomplete information.

| ID # | Discipline | Missing/incomplete |
|------|-----------|--------------------|
| C1 | Civil | **Site Grading and Drainage**<br>Civil plans lack spot elevations in some areas, specifically near the Acid Tank Farm loading dock.<br><br>Top and bottom of retaining wall elevations at various locations near the Administration building are missing. |
| C2 | Civil | **Civil Details**<br>Splash pad details are missing.<br><br>Curb details do not match with the Lauren drawing set (sheet 7000-C20-300, legend item #22, barrier curb does not match detail #1, typical extruded concrete curb detail. Barrier curb is not identified throughout the drawings).<br><br>Typical steel highway type guard rail detail does not highlight VDOT type, size, and etc.<br><br>SWPPP details sheet, site specific seeding mixtures for Piedmont Area does not match actual Mountain area condition. |

ZAPATA NC 0069878