IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLUOR FEDERAL SOLUTIONS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 7:20-cv-587 |

## ORDER

On September 21, 2022, the Court held a telephonic hearing on Plaintiff's pending motion to continue and/or bifurcate (Dkt. 102). It is hereby **ORDERED** as follows:

1. Plaintiff's motion to continue the bench trial is **GRANTED**. The bench trial, which was originally scheduled for March 6–24, 2023, is continued until August 14–September 1, 2023. The Court will enter an amended scheduling order pending a hearing with the parties on September 28, 2022.

2. Plaintiff's motion to bifurcate is **DEEMED WITHDRAWN**.

Entered: September 22, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge