# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Roanoke Division

| | |
|---|---|
| **BAE SYSTEMS ORDNANCE SYSTEMS, INC.** ) ) ) **Plaintiff,** ) ) **v.** ) ) **FLUOR FEDERAL SOLUTIONS, LLC** ) ) **Defendant.** ) ) | Civil Action No. 7:20-CV-00587-MFU-RSB |

### FLUOR FEDERAL SOLUTIONS, LLC'S MOTION TO QUASH THOMAS D'AGOSTINO SUBPOENA TO TESTIFY AT A DEPOSITION AND NOTICE OF DEPOSITION, OR TO ISSUE A PROTECTIVE ORDER

Fluor Federal Solutions, LLC ("Fluor"), by counsel, hereby moves to quash the Subpoena to Testify at a Deposition and Notice of Deposition in a Civil Action served by BAE Systems Ordnance Systems, Inc. ("BAE" or "Plaintiff") on November 14, 2022, or alternatively, seeks a protective order postponing the deposition until BAE's discovery abuses can be cured. The deposition is currently scheduled next week on December 20, 2022, four (4) months before the close of fact discovery.

For the reasons set forth in the accompanying Memorandum of Points and Authorities ("Memorandum"), which is incorporated herewith, undue prejudice to Fluor associated with Mr. D'Agostino's compelled testimony in this civil matter, at this time, significantly outweighs the benefits to BAE. Indeed, as explained in the Memorandum it appears that BAE's pursuit of Mr. D'Agostino's testimony at this time—and BAE's steadfast refusal to agree to move the deposition to a later date—appears intended to unduly prejudice Fluor. Accordingly, Fluor requests this Court quash or modify the Subpoena and Notice, or issue a protective order moving the deposition to a

1

point later in the discovery window.

Dated: December 16, 2022

                                  Respectfully submitted,

                                  s/ Scott P. Fitzsimmons
                                  Scott P. Fitzsimmons, Esq. (VSB 68147)
                                  Kathleen O. Barnes, Esq. (VSB 30451)
                                  Brandon K. Regan, Esq. (VSB 97976)
                                  WATT, TIEDER, HOFFAR
                                  & FITZGERALD, LLP
                                  1765 Greensboro Station Place, Suite 1000
                                  McLean, Virginia 22102
                                  Tel: (703) 749-1000
                                  Fax: (703) 893-8029
                                  sfitzsimmons@watttieder.com
                                  kbarnes@watttieder.com
                                  bregan@watttieder.com

                                  *Attorneys for Fluor Federal Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2022, a copy of the foregoing was delivered via the CM/ECF system to the following:

Todd M. Conley
Jeffrey J. Golimowski
WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, Virginia 22102
Telephone: (703) 394-2275
Email: todd.conley@wbd-us.com
Email: jeff.golimowski@wbd-us.com

Joshua R. Treece (VSB #79149)
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
Email: jtreece@woodsrogers.com

Karen M. Stemland (VSB #47167)
WOODS ROGERS PLC
125 Main Street, 5th Floor
Charlottesville, Virginia  22901
Telephone: (434) 220-6826
Facsimile: (434) 566-0473
Email: kstemland@woodsrogers.com

*Attorneys for BAE Systems Ordnance Systems, Inc.*

Respectfully submitted,

s/ Scott P. Fitzsimmons
Scott P. Fitzsimmons (VSB 68147)
WATT, TIEDER, HOFFAR
& FITZGERALD, LLP
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
sfitzsimmons@watttieder.com

*Attorney for Fluor Federal Solutions, LLC*