# EXHIBIT 1

Message
---

| | |
|---|---|
| From: | Tom_D'agostino/GV/FD/FluorCorp [Tom_D'agostino/GV/FD/FluorCorp] |
| Sent: | 6/30/2015 10:34:25 PM |
| To: | Robert_Griffith/GV/FD/FluorCorp%FluorCorp |
| Subject: | Re: Radford NC Facility / Burns & McDonnell TA |

| | | |
|---|---|---|
| **Tom D'agostino/GV/FD/FluorCorp** | To | Robert Griffith/GV/FD/FluorCorp@FluorCorp |
| | cc | |
| 06/30/2015 06:34 PM EDT | bcc | |
| | Subject | Re: Radford NC Facility / Burns & McDonnell TA |

---

OK. Risk is low here. I am fine with this.
Tom D'Agostino | **FLUOR GOVERNMENT GROUP** | Senior VP Strategic Planning & Development | Tom.D'Agostino@fluor.com | O +1.864.281.6821 | C +1.301.642.2321 | IODC 20.6821

Robert Griffith---06/30/2015 06:26:27 PM---From: Robert Griffith/GV/FD/FluorCorp To: Tom D'Agostino/GV/FD/FluorCorp@fluorcorp,

From: Robert Griffith/GV/FD/FluorCorp
To: Tom D'Agostino/GV/FD/FluorCorp@fluorcorp,
Date: 06/30/2015 06:26 PM
Subject: Re: Radford NC Facility / Burns & McDonnell TA

---

Tom - not to exceed $75K and that is in the TA. They expect to invest $150K in the proposal overall. I likewise cannot imagine a scenario in which we would not bid. Our only risk in my view was our ability to find a good design partner, and Burns and Mac is ideal. Robert

Sent from my iPhone

On Jun 30, 2015, at 6:14 PM, "Tom D'Agostino" <Tom.D'Agostino@Fluor.com> wrote:
> Robert, The logic you propose here makes sense to me. Do we have any idea on how much these "substantiated design costs" might cost us. It would be good to know just how much exposure we may have here. Of course I do not want to presume the outcome of a bid no bid but it would be hard to imagine us not wanting to bid on the NC job. If Kent is ready I am ready to agree but would like to see the exposure. thanks, Tom
> Tom D'Agostino | **FLUOR GOVERNMENT GROUP** | Senior VP Strategic Planning & Development | Tom.D'Agostino@fluor.com | O +1.864.281.6821 | C +1.301.642.2321 | IODC 20.6821
> Robert Griffith---06/30/2015 05:59:06 PM---Tom / Kent, As you know the RFP for the NC facility is scheduled to be released this week, perhaps a
>
> From: Robert Griffith/GV/FD/FluorCorp
> To: Tom D'Agostino/GV/FD/FluorCorp@FluorCorp, Kent Smith/GV/FD/FluorCorp@FluorCorp,
> Cc: Stephen Showalter/GV/FD/FluorCorp@FluorCorp, Alexander Sexton/GV/FD/FluorCorp@FluorCorp
> Date: 06/30/2015 05:59 PM
> Subject: Radford NC Facility / Burns & McDonnell TA
>
> ---
>
> Tom / Kent,

As you know the RFP for the NC facility is scheduled to be released this week, perhaps as early as tomorrow. We have selected Burns and McDonnell as our design partner and have starting negotiating the teaming agreement. The relationship is exclusive on both sides.

They have requested a provision in the TA that states we will pay their substantiated design costs incidental to the proposal effort if we should elect to no-bid at any point beyond two weeks after the RFP release. The logic is that the design costs are beyond those as a normal part of doing business (we'll not pay proposal costs) and lead to the deliverables during execution. We are protected in that this only becomes effective if we no-bid beyond a reasonable point and the TA does not allow them to bid with anyone else if they elect not to bid with us at any point.

I normally am opposed to paying anyone for any effort during the proposal, but recognize the design effort is a little different.

I wanted to get this in front of the two of you to get your views or discuss if you would like. The TA is benign in all other respects.

The TA will be coming to Tom for signature in the next days or so, depending on the outcome on this issue.

Thanks,
Robert

**Robert Griffith** | **FLUOR** | Government Group | robert.griffith@fluor.com | O +1.864.281.4931 | M +1.864.283.2678

FFS01142138