# EXHIBIT 2

| | |
|---|---|
| Message | |
| From: | Kent_Smith/GV/FD/FluorCorp [Kent_Smith/GV/FD/FluorCorp] |
| Sent: | 7/10/2015 7:46:08 PM |
| To: | Tom_D'Agostino/GV/FD/FluorCorp%FluorCorp |
| Subject: | Fw: Radford NC Facility Proposal Requirements |

| | | |
|---|---|---|
| **Kent Smith/GV/FD/FluorCorp** | To | Tom D'Agostino/GV/FD/FluorCorp@FluorCorp |
| | cc | |
| 07/10/2015 03:46 PM EDT | bcc | |
| | Subject | Fw: Radford NC Facility Proposal Requirements |

FYI

I'll work with Stephen to get the estimating elements that he's missing

Kent

----- Forwarded by Kent Smith/GV/FD/FluorCorp on 07/10/2015 03:45 PM -----

From: Stephen Showalter/GV/FD/FluorCorp
To: Kent Smith/GV/FD/FluorCorp@FluorCorp, Robert Griffith/GV/FD/FluorCorp@FluorCorp,
Date: 07/10/2015 03:42 PM
Subject: Radford NC Facility Proposal Requirements

This provides information on the proposal team and requirements for the NC facility.

Key team members are myself and Bryan Metoyer-ops; Karen Leonard-proposal manager; Lyle Lawson-estimating lead; Alex Sexton-capture manager; design partner-Burns & McDonnell (Roanoke VA office)

Key dates:
9-10 July Internal (Fluor) and External (Fluor/BMCD) Kickoff Meetings
15 July  Submit Intent to Bid
23 July BRMF
26 July Red Team
27 July CR Pre Brief
28 July CR
3 Aug Production
4 Aug Submission (Electronic)
24 Aug  Notice of Award
31 Aug  Subcontract issued to Fluor

Critical needs.  We are missing 2 key estimating skill sets:

- Process piping estimator
- Instrumentation / controls estimator.

Stephen K. Showalter, PMP | **FLUOR** | Director of Construction | Construction | Fluor Government Group |
stephen.showalter@fluor.com | O: +1.864.281.6016| C: +1.864.608.9778 |   www.fluor.com