# EXHIBIT 4

Message

| | |
|---|---|
| From: | Tom_D'Agostino/GV/FD/FluorCorp [Tom_D'Agostino/GV/FD/FluorCorp] |
| Sent: | 8/14/2015 12:09:43 AM |
| To: | Robert_Griffith/GV/FD/FluorCorp%fluorcorp |
| CC: | Kent_Smith/GV/FD/FluorCorp%fluorcorp |
| Subject: | Re: NC Facility Price |

Concur. Press on.

On Aug 13, 2015, at 7:54 PM, "Robert Griffith" <Robert.Griffith@fluor.com> wrote:

> The final number is $306M.
>
> I'm fine proceeding based on the earlier approval of the process. Also, now we are not submitting a binding price tomorrow, so we have some flexibility.
>
> Tom - let me know if you feel otherwise.
>
> Thanks
>
> Sent from my iPhone
>
> On Aug 13, 2015, at 6:49 PM, "Kent Smith" <Kent.Smith@fluor.com> wrote:
>
>> Robert
>>
>> In speaking with Tom today we both feel we already have approval. But you need to double check with Tom
>>
>> Kent
>>
>> Sent from my iPhone
>>
>> On 13 Aug 2015, at 06:40 pm, "Robert Griffith" <Robert.Griffith@fluor.com> wrote:
>>
>>> Guys - looks like we'll be in the $311M range with the 8% fee. I have the approval email queued up - waiting on the final price. We're closing it up tonight. Robert
>>>
>>> **Robert Griffith | FLUOR | Government Group |**
>>> robert.griffith@fluor.com | O +1.864.281.4931 | M +1.864.283.2678