# EXHIBIT 5

Message

| | |
|---|---|
| From: | Robert_Griffith/GV/FD/FluorCorp [Robert_Griffith/GV/FD/FluorCorp] |
| Sent: | 9/19/2015 4:38:21 PM |
| To: | Kent_Smith/GV/FD/FluorCorp%FluorCorp; Stephen_Showalter/GV/FD/FluorCorp%FluorCorp; Tom_D'Agostino/GV/FD/FluorCorp%FluorCorp; Andrew_Nations/GV/FD/FluorCorp%FluorCorp; Dave_Barry/GV/FD/FluorCorp%FluorCorp; Sean_Geoghegan/GV/FD/FluorCorp%FluorCorp; Andrea_Sickler/GV/FD/FluorCorp%FluorCorp |
| Subject: | NC Facility Update |

**Robert Griffith/GV/FD/FluorCorp**

09/19/2015 12:38 PM EDT

To: Kent Smith/GV/FD/FluorCorp@FluorCorp, Stephen Showalter/GV/FD/FluorCorp@FluorCorp, Tom D'Agostino/GV/FD/FluorCorp@FluorCorp, Andrew Nations/GV/FD/FluorCorp@FluorCorp, Dave Barry/GV/FD/FluorCorp@FluorCorp, Sean Geoghegan/GV/FD/FluorCorp@FluorCorp, Andrea Sickler/GV/FD/FluorCorp@FluorCorp

cc
bcc
Subject: NC Facility Update

All,

We initially received a positive response from E&C about supporting our process design estimate in the time frame we have left, but heard from them this morning that they would require six weeks to complete an estimate. This essentially leaves us with the Burns and McDonnell price, but we believe it is not reasonable and therefore we will not be able to TINA certify it as is. As a result we held a quick call this morning. Summary follows:

We have three options on the process design piece at this point:

1. Tell BAE this is the Burns & Mac price is the best price we have, but we can't certify it, and discuss options on the TINA cert
2. Tell BAE we can't get a reasonable price on the process design piece, and recommend they take it in-house
3. Recommend they award us a separate engineering contract for this piece with a NTE on hours, which we would price and execute separately as we are with the equipment purchase

Actions:

1. Kent to call Earl to discuss the options above
2. Drew to validate with Andrea that we can certify all other elements of the NC Facility price and that we have performed a price analysis on the Burns & Mac price
3. Drew to establish the new Burns & Mac price, based on their revised hours yesterday
4. Drew and Sean to develop an initial hours estimate for option #3 above
5. Sean to establish a path forward on the discussion with risk
6. Robert to schedule CR update (and work brief with Kent)
7. Robert to update Tom D.
8. Robert and Drew to set a follow-up call tomorrow am.

Please let me know if I missed or misstated anything.

Thanks,
Robert

Robert Griffith | FLUOR | Government Group | robert.griffith@fluor.com | O +1.864.281.4931 | M +1.864.283.2678

FFS00282453