# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| From: | Tom_D'Agostino/GV/FD/FluorCorp [Tom_D'Agostino/GV/FD/FluorCorp] |
| Sent: | 10/13/2015 3:00:19 AM |
| To: | Robert_Griffith/GV/FD/FluorCorp%fluorcorp |
| Subject: | Re: Radford |

Thx.  Talk to you tomorrow.

On Oct 12, 2015, at 10:52 PM, "Robert Griffith" <Robert.Griffith@fluor.com> wrote:

> Great way to summarize it and greatly  appreciate your perspective on this.
>
> Sent from my iPhone
>
> On Oct 12, 2015, at 10:49 PM, "Tom D'Agostino" <Tom.D'Agostino@Fluor.com> wrote:
>
>> Kent,
>> In discussion with Bruce tomorrow here is my position.
>>
>> I recommend we move forward with the Radford NC proposal with $15 M total for engineering design . If we subtract out infrastructure design costs (~4.5) from both the Burns and Mac prices and our proposed price we are comparing the difference between $10M and $19M. This is risk is acceptable for the following reasons.
>>
>> 1. Burns and Mac (B&M) proposes a complete redesign. Even Moran thinks this is too much to propose for engineering
>> 2. If we conservatively assume B&M total engineering hours and use Fluor rates we get a number close to $10M
>> 3. If we adjust Fluor's design estimate from 4 + years ago and bring it forward to today we get a number closer to $10M
>> 4. The total for Contingency ($13.9M) and fee ($12.3M) is $26.2M. Even if we are additionally conservative and end up with a umber between ours and B&M we will have $26.2M to cover $5M of low risk
>> 5. This is still an Un-definitized Contract Action and have language that price is subject to final negotiation.
>>
>> Other notes:
>> Still getting a ROM from a company in TN
>> Have two other design firms looking at providing this service
>>
>> For NC Facility and Equipment Purchase combined:
>>
>> Total price: $246.8M
>> Contingency (Est & Event) $13.9M
>> Fee: $12.3M
>>
>> $26.2M in contingency and fee to cover maybe a $5M risk.
>> Tom D'Agostino | **FLUOR GOVERNMENT GROUP** | Senior VP Business Development & Strategy | Tom.D'Agostino@fluor.com | O +1.864.281.6821 | C +1.301.642.2321 | IODC 20.6821

FFS01142234