# EXHIBIT 7

Message

| | |
|---|---|
| From: | Tom_D'agostino/GV/FD/FluorCorp [Tom_D'agostino/GV/FD/FluorCorp] |
| Sent: | 10/15/2015 9:38:02 PM |
| To: | Dee_Lee/GV/FD/FluorCorp%FluorCorp |
| CC: | Stephen_Showalter/GV/FD/FluorCorp%FluorCorp; Kent_Smith/GV/FD/FluorCorp%FluorCorp; Robert_Griffith/GV/FD/FluorCorp%FluorCorp |
| Subject: | Fw: BAE Radford NC Facility Status |

**Tom D'agostino/GV/FD/FluorCorp**

10/15/2015 05:38 PM EDT

To: Dee Lee/GV/FD/FluorCorp@FluorCorp
cc: Stephen Showalter/GV/FD/FluorCorp@FluorCorp, Kent Smith/GV/FD/FluorCorp@FluorCorp, Robert Griffith/GV/FD/FluorCorp@FluorCorp
bcc:
Subject: Fw: BAE Radford NC Facility Status

Dee,
I will call you tonight to discuss. Tom

Tom D'Agostino | **FLUOR GOVERNMENT GROUP** | Senior VP Business Development & Strategy | Tom.D'Agostino@fluor.com | O +1.864.281.6821 | C +1.301.642.2321 | IODC 20.6821
----- Forwarded by Tom D'agostino/GV/FD/FluorCorp on 10/15/2015 05:37 PM -----

From: Stephen Showalter/GV/FD/FluorCorp
To: Kent Smith/GV/FD/FluorCorp@FluorCorp, Tom.D'Agostino@Fluor.com,
Cc: Robert Griffith/GV/FD/FluorCorp@FluorCorp
Date: 10/15/2015 05:23 PM
Subject: Fw: BAE Radford NC Facility Status

Tom is questioning the group's business decisions.

Stephen K. Showalter, PMP | **FLUOR** | Director of Construction | Construction | Fluor Government Group | stephen.showalter@fluor.com | O: +1.864.281.6016| C: +1.864.608.9778 |   www.fluor.com
----- Forwarded by Stephen Showalter/GV/FD/FluorCorp on 10/15/2015 05:20 PM -----

From: Tom Moran/GV/FD/FluorCorp
To: Stephen Showalter/GV/FD/FluorCorp@FluorCorp,
Cc: Dave Methot/GV/FD/FluorCorp@FluorCorp, Dee Lee/GV/FD/FluorCorp@FluorCorp
Date: 10/15/2015 05:07 PM
Subject: Re: BAE Radford NC Facility Status

Stephen,

And the answer to question #2 is?

Best regards,

Tom

Tom Moran | **FLUOR** | Corporate Risk Group | tom.moran@fluor.com | IODC 20.4085 | O +1.864.281.4085 | M +1.864.430.7572 | www.fluor.com

From: Stephen Showalter/GV/FD/FluorCorp
To: Tom Moran/GV/FD/FluorCorp@FluorCorp,
Cc: Dave Methot/GV/FD/FluorCorp@FluorCorp, Dee Lee/GV/FD/FluorCorp@FluorCorp
Date: 10/15/2015 04:51 PM
Subject: Re: BAE Radford NC Facility Status

Burns & McDonnell was vetted and initially acceptable to the client. In the process of subsequent negotiations they became unacceptable.

vr

Stephen K. Showalter, PMP | **FLUOR** | Director of Construction | Construction | Fluor Government Group |
stephen.showalter@fluor.com | O: +1.864.281.6016| C: +1.864.608.9778 |   www.fluor.com


From: Tom Moran/GV/FD/FluorCorp
To: Stephen Showalter/GV/FD/FluorCorp@FluorCorp,
Cc: Dave Methot/GV/FD/FluorCorp@FluorCorp, Dee Lee/GV/FD/FluorCorp@FluorCorp
Date: 10/15/2015 01:26 PM
Subject: Re: BAE Radford NC Facility Status

Stephen,

Why was Burns & McDonnell not acceptable and why have we not engaged Fluor E&C for the process portion? I thought Burns and McDonnell had been vetted with the client before our proposal was submitted and that they were acceptable to the client. I am deeply concerned over the lack of a "one Fluor" approach to this effort and the reaction once this information gets beyond FGG management. Furthermore, why would we give up additional profit to another EPC contractor for this design effort?

Please advise ASAP.

Best regards,

Tom


Tom Moran | **FLUOR** | Corporate Risk Group | tom.moran@fluor.com | IODC 20.4085 | O +1.864.281.4085 | M +1.864.430.7572 |
www.fluor.com

From: Stephen Showalter/GV/FD/FluorCorp
To: Tom Moran/GV/FD/FluorCorp@FluorCorp,
Cc: Dave Methot/GV/FD/FluorCorp@FluorCorp, Dee Lee/GV/FD/FluorCorp@FluorCorp
Date: 10/15/2015 01:15 PM
Subject: Re: BAE Radford NC Facility Status

Sorry for the slow response. The last 2 days have been very busy.

BAE has issued an undefinitized contract action to FGG. We are in negotiations which will likely continue through November.

We are still using a subcontracted design team for the design portion of the project per the approved risk management plan. Burns & McDonnell as the sole design and engineering team member was not acceptable to BAE. Zapata Engineering (the same firm providing design for the cutter warehouse, and the NC Facility foundations) will be the designer for the building. We have reached out to Mustang to look at the process portion of the project.

The engineering management resources that are included in the proposal and pricing are adequate to manage the 2 design entities.

Please let me know of any other questions.

vr

Stephen K. Showalter, PMP | **FLUOR** | Director of Construction | Construction | Fluor Government Group |
stephen.showalter@fluor.com | O: +1.864.281.6016| C: +1.864.608.9778 |   www.fluor.com



From: Tom Moran/GV/FD/FluorCorp
To: Stephen Showalter/GV/FD/FluorCorp@FluorCorp,
Cc: Dee Lee/GV/FD/FluorCorp@FluorCorp, Dave Methot/GV/FD/FluorCorp@FluorCorp
Date: 10/13/2015 08:18 PM
Subject: BAE Radford NC Facility Status

Stephen,

Please update me on the status of the BAE Radford NC Facility proposal. Has it been officially awarded to FGG?

I have also heard a rumor that FGG is soliciting engineering proposals from other contractors. I have specifically told Mustang has been requested to provide an engineering proposal. Please either confirm or dispel these rumors. If they are true, please provide an explanation.

Thanks and best regards,

FFS01142232

Tom

Tom Moran | **FLUOR** | Corporate Risk Group | tom.moran@fluor.com | IODC 20.4085 | O +1.864.281.4085 | M +1.864.430.7572 |
www.fluor.com

FFS01142233