# EXHIBIT 8

Message

| | |
|---|---|
| From: | Kent_Smith/GV/FD/FluorCorp [Kent_Smith/GV/FD/FluorCorp] |
| Sent: | 11/7/2017 2:45:23 AM |
| To: | Tom_D'Agostino/GV/FD/FluorCorp%FluorCorp |
| Subject: | Re: NC Radford Additional Engineers |

He leaned forward a little quick. I ll call Dan and Matt tomorrow

Sent from my iPhone

On Nov 6, 2017, at 8:58 PM, Tom D'Agostino <Tom.D'Agostino@Fluor.com> wrote:

> FYI.  This came from Greg
>
> Tom D'Agostino
> Fluor Corporation
> 301-642-2321
>
> Begin forwarded message:
>
>> From: "Gregory Hagerman" <Gregory.Hagerman@fluor.com>
>> Date: November 6, 2017 at 11:32:29 AM CST
>> To: "Matthew McSorley" <Matthew.McSorley@Fluor.com>, "Dan Spinks" <Dan.Spinks@fluor.com>
>> Cc: "Tom D'Agostino" <Tom.D'Agostino@Fluor.com>
>> **Subject: NC Radford Additional Engineers**
>>
>> Mr. McSorley and Mr. Spinks,
>>
>> I work for Tom D'Agostino and I am the individual who is in need for additional engineers on the NC Radford project. Below is the listing of engineers we desperately need. Your assistance is greatly appreciated. We could use these engineers today if they were available.
>>
>> 12 Piping designer with Smart Plant experience
>> 3 Architectural//Structural Smart Plant Designer (incorporate ZAPATA design from RIVIT into Smart Plant)
>> 4 Pipe Support Design/Structural Engineers
>> 4 Senior Project Engineers - One per each area -(Nitration, Stabilization, Dewater/Blending, Utility&Site)
>> 1 Smart Plant Administrator
>>
>> The following engineers will be needed to support field operations in the near future:
>>
>> 2 Piping Engineers with PE
>> 1 Mechanical with PE
>> 1 Structural with PE
>> 1 Instrument & Controls with PE
>>
>>
>> Sincerely,

**Gregory L. Hagerman**
**Director Operations**
**North America**

E-mail: Gregory.Hagerman@fluor.com
Office # 703-387-4830
Cell # 713-516-2210

**FLUOR**
www.fluor.com

FFS01978210