# EXHIBIT 9

Message

| | |
|---|---|
| From: | Tom_D'Agostino/GV/FD/FluorCorp [Tom_D'Agostino/GV/FD/FluorCorp] |
| Sent: | 10/29/2018 8:35:58 PM |
| To: | Bieber, Erwin W (US) @FLUORCORP [Erwin.Bieber@baesystems.com] |
| CC: | Gathright, Brian (OSI Radford) [brian.j.gathright@baesystems.com]; Cyreice.Stehle@fluor.com; Montminy, Guy H (US) [guy.h.montminy@baesystems.com]; Senftle, Joe (US) [joe.senftle@baesystems.com]; Signorelli, Mark L (US) [Mark.Signorelli@baesystems.com]; Greg_Meyer/AR/FD/FluorCorp%FGG |
| Subject: | RE: [External] AMC CG Visit to Radford |

Tom D'Agostino/GV/FD/FluorCorp

10/29/2018 04:35 PM EDT

To: "Bieber, Erwin W (US)" <Erwin.Bieber@baesystems.com>@FLUORCORP
cc: "Gathright, Brian (OSI Radford)" <brian.j.gathright@baesystems.com>, "Cyreice.Stehle@fluor.com" <Cyreice.Stehle@fluor.com>, "Montminy, Guy H (US)" <guy.h.montminy@baesystems.com>, "Senftle, Joe (US)" <joe.senftle@baesystems.com>, "Signorelli, Mark L (US)" <Mark.Signorelli@baesystems.com>, Greg Meyer/AR/FD/FluorCorp@FGG
bcc:
Subject: RE: [External] AMC CG Visit to Radford

Thanks Erwin,
Greg and I will be at the NC Site during that time window. See you Wednesday morning.
All my best, Tom

Tom D'Agostino | FLUOR GOVERNMENT GROUP | Tom.D'Agostino@fluor.com | O +1.703-387-4849 |

"Bieber, Erwin W (US)" ---10/29/2018 10:23:18 AM---Tom, GEN Pena's office has confirmed that the visit remains as planned for this Wednesday at Radford

From: "Bieber, Erwin W (US)" <Erwin.Bieber@baesystems.com>
To: "Tom.D'Agostino@Fluor.com" <Tom.D'Agostino@Fluor.com>
Cc: "Montminy, Guy H (US)" <guy.h.montminy@baesystems.com>, "Signorelli, Mark L (US)" <Mark.Signorelli@baesystems.com>, "Tom.D'Agostino@Fluor.com" <Tom.D'Agostino@Fluor.com>, "Cyreice.Stehle@fluor.com" <Cyreice.Stehle@fluor.com>, "Senftle, Joe (US)" <joe.senftle@baesystems.com>, "Gathright, Brian (OSI Radford)" <brian.j.gathright@baesystems.com>
Date: 10/29/2018 10:23 AM
Subject: RE: [External] AMC CG Visit to Radford

Tom,

GEN Pena's office has confirmed that the visit remains as planned for this Wednesday at Radford.

The intent is for you and Greg to be on the construction site in the window between 9:00 and 10:30. We do not know the exact timing in that window as the Army will likely have a Government only meeting followed by a site wide discussion with us before we come to the NC site.

I think the best approach would be for us to meet you at the site and for the BAE Lead to intro the project and highlight key points as we walk around. Of course any specific question directed at Fluor you and Greg can handle. I expect at the end of the site tour, GEN Perna will remind us of the criticality of completion of the project on time to meet DoD and allies NC needs.

My guess is total time at project site will be 20-30 min and likely toward the tail end of the 90 min window.

I will give you updates as they arise and will confirm at least one more time before Wednesday morning.

Thanks Tom and please let me know if you have any questions.

Regards

Erwin


Sent with BlackBerry Work
(www.blackberry.com)

**From:** Tom.D'Agostino@Fluor.com <Tom.D'Agostino@Fluor.com>
**Date:** Thursday, Oct 18, 2018, 2:44 PM
**To:** Bieber, Erwin W (US) <Erwin.Bieber@baesystems.com>
**Cc:** Montminy, Guy H (US) <guy.h.montminy@baesystems.com>, Signorelli, Mark L (US) <Mark.Signorelli@baesystems.com>, Tom.D'Agostino@Fluor.com <Tom.D'Agostino@Fluor.com>, Cyreice.Stehle@fluor.com <Cyreice.Stehle@fluor.com>
**Subject:** RE: [External] AMC CG Visit to Radford

*** WARNING ***
EXTERNAL EMAIL -- This message originates from outside our organization.


Good afternoon Mr. Bieber,

I'm responding on behalf of Tom as he is unable to respond to email. We would appreciate any specifics you can provide to assist in making travel arrangements. I'm happy to work with your assistant on the logistics if you'd like, my contact information is below.

Thank you,

Cyreice

Cyreice Stehle| **FLUOR GOVERNMENT GROUP** |Sr. Executive Assistant to Mr. Tom D'Agostino | Cyreice.Stehle@fluor.com |1.703.351.6466 - O | 1.571.212.1120 - M |
Tom D'Agostino | **FLUOR GOVERNMENT GROUP** | Tom.D'Agostino@fluor.com | O +1.703.387.4849 |


| From: | "Bieber, Erwin W (US)" <Erwin.Bieber@baesystems.com> |
|---|---|
| To: | "Tom.D'Agostino@Fluor.com" <Tom.D'Agostino@Fluor.com> |
| Cc: | "Montminy, Guy H (US)" <guy.h.montminy@baesystems.com>, "Signorelli, Mark L (US)" <Mark.Signorelli@baesystems.com> |
| Date: | 10/18/2018 07:01 AM |
| Subject: | RE: [External] AMC CG Visit to Radford |


Tom,

Good to hear you will be able to make it.  Do you need any visit specifics other than the time to make your plans?  As we get close, I will shoot you an updated message on the visit planning.

Thanks

Erwin

**From:** Tom.D'Agostino@Fluor.com [mailto:Tom.D'Agostino@Fluor.com]
**Sent:** Wednesday, October 17, 2018 3:13 PM
**To:** Bieber, Erwin W (US) <Erwin.Bieber@baesystems.com>

**Cc:** Montminy, Guy H (US) <guy.h.montminy@baesystems.com>; Signorelli, Mark L (US) <Mark.Signorelli@baesystems.com>
**Subject:** Re: [External] AMC CG Visit to Radford

*** WARNING ***
EXTERNAL EMAIL -- This message originates from outside our organization.

Erwin,
I was able to shift my obligation to the Fluor Board to make this project site tour/meeting with you, your team and General Perna. Also I like your idea of being able to re-connect with Guy and Mark to take advantage of all of us being together onsite. I will likely have my Senior VP (Greg Meyer) come down so we have have him engage with Guy and Mark as well. Greg has taken over from Kent Smith who was leading this business line as Kent has retired from Fluor.

Looking forward to hearing about your new role on the BAE team and seeing you at the Radford site. Thanks for extending the offer to come down during this visit.

All my best,
Tom


On Oct 16, 2018, at 3:29 PM, Bieber, Erwin W (US) <Erwin.Bieber@baesystems.com> wrote:
Tom,

Good seeing you at AUSA last week. As I mentioned, I have transition to a new role on the BAE Systems Inc Staff and my prior role has transitioned to Guy Montminy. I don't know if you met Guy last week but it will be good to get you two gentlemen together.

We are presently tracking a visit by GEN Perna to Radford on the morning of October 31 and we will be showing him the significant progress on the NC Facility while he is there. He gets continual updates on the program and this will be a good opportunity to instill confidence in the Army in our combined progress on the facility. I would very much like to have you in attendance during his tour of the NC facility. I think joint leadership presence will show our combined commitment to getting the facility on-line in 2020.

The proposed time of the visit will be between 0900 and 1030 on the 31st, but we are likely to only get a half hour of his time during that slot as he will have other Army only meetings while there.

In addition, Guy will be there and it will be a good chance for you to connect.

Tom, can you confirm if you are able to support this important visit.

Thanks and look forward to your confirmation.

Regards,

Erwin
-------------------------------------------------------------
The information transmitted is intended only for the person
or entity to which it is addressed and may contain
proprietary, business-confidential and/or privileged material.
If you are not the intended recipient of this message you are
hereby notified that any use, review, retransmission, dissemination,
distribution, reproduction or any action taken in reliance upon
this message is prohibited. If you received this in error, please
contact the sender and delete the material from any and all
computers and other devices.

Any views expressed in this message are those of the individual
sender and may not necessarily reflect the views of the company.
-------------------------------------------------------------

-------------------------------------------------------------
The information transmitted is intended only for the person
or entity to which it is addressed and may contain
proprietary, business-confidential and/or privileged material.
If you are not the intended recipient of this message you are
hereby notified that any use, review, retransmission, dissemination,
distribution, reproduction or any action taken in reliance upon
this message is prohibited. If you received this in error, please
contact the sender and delete the material from any and all
computers and other devices.

Any views expressed in this message are those of the individual
sender and may not necessarily reflect the views of the company.
-------------------------------------------------------------