# EXHIBIT 10

Message
_____

**From:**       Kassandra_Combs/HO/FD/FluorCorp [Kassandra_Combs/HO/FD/FluorCorp]
**Sent:**       8/12/2019 1:26:57 AM
**To:**         Tom_D'Agostino/GV/FD/FluorCorp%FGG
**CC:**         Greg_Meyer/AR/FD/FluorCorp%FGG
**Subject:**    Radford NC Facility Personnel
_____


| Kassandra Combs/HO/FD/FluorCorp | To | Tom D'Agostino/GV/FD/FluorCorp@FGG |
|---|---|---|
| | cc | Greg Meyer/AR/FD/FluorCorp@FGG |
| | bcc | |
| 08/11/2019 09:26 PM EDT | Subject | Radford NC Facility Personnel |

_____

Tom -

I just wanted to follow up with you on the question you asked me on Friday about personnel.  Being in the trailer (with it's incredibly thin walls) is a challenge when we're talking about certain subjects such as personnel.  I am currently in the process of evaluating the changes that we'll need to make on the project, to include both at site and in engineering in the home office.  I'd like to get through the next couple of weeks with the team working the drawing walkdown at site and the team working the independent assessment of engineering before discussing with you all and executing any changes.

Thanks
Sandy


Kassandra Combs (Sandy) | Fluor | Project Director - Radford, FGG | Kassandra.Combs@fluor.com | Office 864-281-8472 / Cell 251-591-5569