# EXHIBIT 15

## Simmons, Justin

| | |
|---|---|
| **From:** | Cook, Stephen R. <SCook@brownrudnick.com> |
| **Sent:** | Monday, November 14, 2022 11:31 AM |
| **To:** | Simmons, Justin |
| **Subject:** | Fwd: BAE v. Fluor: Tom D'Agostino Deposition |

**\*\*EXTERNAL EMAIL\*\***

Justin,
I apologize; it looks like I "copied" my partner on the email but left you off as a recipient. See below.
Thanks,
Steve



**Stephen R. Cook**
Partner

Brown Rudnick LLP
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
T: 949-752-7100
F: 949-252-1514
scook@brownrudnick.com
www.brownrudnick.com


Begin forwarded message:

> **From:** "Cook, Stephen R." <SCook@brownrudnick.com>
> **Date:** November 11, 2022 at 9:38:24 AM PST
> **Cc:** "Cottle, Jeffrey W." <JCottle@brownrudnick.com>
> **Subject: BAE v. Fluor: Tom D'Agostino Deposition**
>
>
> Justin,
> Thank you for your call. We've confirmed with our client that his only availability before year end is December 20. Please let us know if you intend to proceed on that date and, if so, when we can expect to receive the subpoena.
> Best,
> Steve
>
> 
>
> **Stephen R. Cook**

1

Partner

Brown Rudnick LLP
[2211 Michelson Drive](#)
[Seventh Floor](#)
[Irvine, CA 92612](#)
T: [949-752-7100](#)
F: [949-252-1514](#)
[scook@brownrudnick.com](#)
[www.brownrudnick.com](#)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*