# EXHIBIT 17

# Simmons, Justin

| | |
|---|---|
| **From:** | Cook, Stephen R. <SCook@brownrudnick.com> |
| **Sent:** | Wednesday, November 16, 2022 1:44 PM |
| **To:** | Simmons, Justin |
| **Cc:** | Treece, Joshua; Stemland, Karen; Cottle, Jeffrey W. |
| **Subject:** | Re: BAE v. Fluor: Tom D'Agostino Deposition |
| **Attachments:** | BAE v. Fluor - Notice of Deposition - Thomas D'Agostino (11.14.22).pdf |

Justin,
We have accepted service of the subpoena on behalf of Mr. D'Agustino for December 20, 2022. Barring some unexpected development, he will appear pursuant to the subpoena.
Steve

> On Nov 16, 2022, at 6:54 AM, Simmons, Justin <jsimmons@woodsrogers.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> Good morning, Stephen,
>
> Would you please confirm that you'll accept service of the subpoena on behalf of Mr. D'Agostino and that he will appear on December 20 for deposition?
>
> Best,
>
> Justin
>
>
> **Justin Simmons**
> Principal
>
> **Woods Rogers Vandeventer Black PLC**
> 10 S. Jefferson Street, Suite 1800 | Roanoke, VA 24011
> **P** (540) 983-7795 | **F** (540) 983-7711
> **jsimmons@woodsrogers.com**
>
> **Woods Rogers and Vandeventer Black have merged!**
> *With offices spanning the Commonwealth, Woods Rogers Vandeventer Black will offer greater breadth and depth of legal talent and enhanced services for clients. **Visit wrvblaw.com to learn more.***
>
> This email, including any attachments, may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading or forwarding to others.
>
> **From:** Cook, Stephen R. <SCook@brownrudnick.com>
> **Sent:** Monday, November 14, 2022 3:55 PM
> **To:** Simmons, Justin <jsimmons@woodsrogers.com>

1

**Cc:** Treece, Joshua <jtreece@woodsrogers.com>; Stemland, Karen <kstemland@woodsrogers.com>; Cottle, Jeffrey W. <JCottle@brownrudnick.com>
**Subject:** Re: BAE v. Fluor: Tom D'Agostino Deposition

Justin,
This firm represents Mr. D'Agustino only in his individual capacity. Appearance by Mr. D'Agustino on the 20th would be pursuant to the subpoena.
Best,
Steve

On Nov 14, 2022, at 12:01 PM, Simmons, Justin <jsimmons@woodsrogers.com> wrote:

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

Hi, Stephen,

The attached notice of deposition for Mr. D'Agostino was just sent to Fluor's counsel. BAE still believes that Fluor is obligated to produce him for deposition, since he's a current officer, director, or managing agent of the company. But BAE doesn't really care whether he appears pursuant to the notice or subpoena so long as he appears.

Best,

Justin

**Justin Simmons**
Principal

**Woods Rogers Vandeventer Black PLC**
10 S. Jefferson Street, Suite 1800 | Roanoke, VA 24011
**P** (540) 983-7795 | **F** (540) 983-7711
jsimmons@woodsrogers.com

**Woods Rogers and Vandeventer Black have merged!**
*With offices spanning the Commonwealth, Woods Rogers Vandeventer Black will offer greater breadth and depth of legal talent and enhanced services for clients. Visit wrvblaw.com to learn more.*

This email, including any attachments, may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading or forwarding to others.

**From:** Simmons, Justin
**Sent:** Monday, November 14, 2022 12:18 PM
**To:** 'Cook, Stephen R.' <SCook@brownrudnick.com>
**Cc:** Treece, Joshua <jtreece@woodsrogers.com>; Stemland, Karen

2

<kstemland@woodsrogers.com>; JCottle@brownrudnick.com
**Subject:** RE: BAE v. Fluor: Tom D'Agostino Deposition

Attached is an amended deposition subpoena for Dec. 20. Please confirm that you'll accept service on Mr. D'Agostino's behalf.

Thanks!

Justin

---

**From:** Simmons, Justin
**Sent:** Monday, November 14, 2022 11:34 AM
**To:** Cook, Stephen R. <SCook@brownrudnick.com>
**Subject:** RE: BAE v. Fluor: Tom D'Agostino Deposition

No worries, Stephen. I'll revise the subpoena to state Dec. 20.

Justin

---

**From:** Cook, Stephen R. <SCook@brownrudnick.com>
**Sent:** Monday, November 14, 2022 11:31 AM
**To:** Simmons, Justin <jsimmons@woodsrogers.com>
**Subject:** Fwd: BAE v. Fluor: Tom D'Agostino Deposition

**\*\*EXTERNAL EMAIL\*\***

---

Justin,
I apologize; it looks like I "copied" my partner on the email but left you off as a recipient. See below.
Thanks,
Steve


**Stephen R. Cook**
Partner

Brown Rudnick LLP
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
T: 949-752-7100
F: 949-252-1514
scook@brownrudnick.com
www.brownrudnick.com


Begin forwarded message:

> **From:** "Cook, Stephen R." <SCook@brownrudnick.com>
> **Date:** November 11, 2022 at 9:38:24 AM PST

3

**Cc:** "Cottle, Jeffrey W." <JCottle@brownrudnick.com>
**Subject: BAE v. Fluor: Tom D'Agostino Deposition**

Justin,

Thank you for your call. We've confirmed with our client that his only availability before year end is December 20. Please let us know if you intend to proceed on that date and, if so, when we can expect to receive the subpoena.

Best,
Steve

**Stephen R. Cook**
Partner

Brown Rudnick LLP
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
T: 949-752-7100
F: 949-252-1514
scook@brownrudnick.com
www.brownrudnick.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the

personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************************

***********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************************