# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., ) ) ) Plaintiff, ) ) v. ) ) ) FLUOR FEDERAL SOLUTIONS, LLC, ) ) ) Defendant. ) ) ) | Civil Action No.: 7:20-cv-00587 |

## THIRD AMENDED SCHEDULING ORDER

This matter is before the Court to amend the Second Amended Scheduling Order in this case. The bench trial in this case has been continued to February 5–23, 2024. The deadlines shall be amended as follows:

| | |
|---|---|
| **DISCOVERY OBJECTIONS:** | February 1– May 1, 2023 |
| **DEADLINE TO SCHEDULE SECOND ROUND OF FACT DEPOSITIONS:** | April 7, 2023 |
| **SECOND ROUND OF FACT DEPOSITIONS:** | May 1– August 1, 2023[1] |
| **DEADLINE TO COMPLETE NON-30(b)(6) FACT DISCOVERY:** | August 1, 2023 |
| **DEADLINE FOR INITIAL EXPERT DESIGNATIONS AND REPORTS:** | August 17, 2023 |
| **DEADLINE FOR RULE 30(B)(6) DEPOSITIONS:** | August 31, 2023 |

---

[1] The schedule for these depositions is to be agreed to by the parties.

| | |
|---|---|
| **DEADLINE FOR REBUTTAL EXPERT DESIGNATIONS AND REPORTS:** | **September 25, 2023** |
| **DEADLINE FOR SUPPLEMENTAL EXPERT REPORTS:** | **October 9, 2023** |
| **EXPERT DEPOSITIONS:** | **October 9–20, 2023**[2] |
| **DEADLINE TO COMPLETE EXPERT DEPOSITIONS:** | **October 20, 2023** |
| **DEADLINE TO FILE DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | **October 30, 2023** |
| **DEADLINE FOR HEARING DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | **December 7, 2023** |
| **DEADLINE FOR FILING MOTIONS IN LIMINE:** | **December 14, 2023** |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS:** | **December 18, 2023** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS:** | **December 18, 2023** |
| **DEADLINE FOR COUNTERDESIGNATIONS, OBJECTIONS TO DEPOSITION DESIGNATIONS AND OBJECTIONS TO WITNESS AND EXHIBIT LIST:** | **January 8, 2024** |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS:** | **January 15, 2024** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE AND MOTIONS OBJECTING TO DEPOSITION TESTIMONY OR TRIAL EXHIBITS:** | **January 22, 2024** |
| **DEADLINE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:** | **January 29, 2024** |

---

[2] The schedule for these depositions is to be agreed to by the parties.

Entered: March 21, 2023

*Robert S. Ballou*
───────────────────
Robert S. Ballou
United States District Judge

3